## IMPORTANT NOTICE

A continuance granted too near a scheduled sentencing results in waste of resources. Counsel's obligation to the court includes due diligence in seeking a continuance. Except in the most acute circumstances, counsel must seek a continuance, including **every continuance premised on a defendant's cooperation with law enforcement**, within thirty days after service of this order. Every motion for a continuance shall include a statement of the other party's support or opposition to the proposed continuance.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO: 8:22-cr-407-SDM-JSS

ANDRE WRIGHT
_____/

ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT

    Based on the results of a hearing under Rule 11, Federal Rules of Criminal Procedure, the United States Magistrate Judge's report recommends acceptance of the defendant's plea of guilty. No timely objection appears. A review of the record confirms that the requirements of Rule 11 are satisfied. The defendant's plea of guilty to Count One of the superseding information is **ACCEPTED,** and the defendant is adjudged **GUILTY**.

    The sentencing will occur on **September 22, 2023**, at **9:00 a.m.** in Courtroom 15A of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

    ORDERED in Tampa, Florida, on July 27, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

TO:    Counsel of Record
        U.S. Probation Office
        U.S. Marshal Service
        U.S. Pretrial Service